# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES DELANEY

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5458JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The matter is remanded to the administration for further consideration. ON remand the matter should be assigned to a different ALJ and the matter should be reconsidered in its entirety.

| | |
|---|---|
| March 31, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | s/Caroline M. Gonzalez |
| | Deputy Clerk |