U.S. District Court Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JAMES B. DELANEY, | CIVIL NO. C07-5485JKA |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,128.00 and expenses in the sum of $16.14 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA  98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED: April 18, 2008.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
U.S. DISTRICT COURT MAGISTRATE JUDGE

AGREED ORDER RE EAJA FEES   - Page 1
[C07-5485JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1 | Presented by:

2

3 | /s/ Jeanette Laffoon
JEANETTE LAFFOON, WSB #30872
4 | Attorney for Plaintiff

5

6 | Approved for entry,
Notice of presentation waived:

7

8 | /s/ DAVID R. JOHNSON
DAVID R. JOHNSON, WSB #22269
9 | Special Assistant U.S. Attorney
Attorney for Defendant
10 | *(signed per telephonic agreement)*

11

## CERTIFICATE OF ELECTRONIC FILING:

12

13 | This is to certify that I electronically filed the foregoing Agreed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

14 | DAVID R. JOHNSON
Special Asst. U.S. Attorney
15 | Office of General Counsel
701 5th Avenue, Suite 2900, MS/901
16 | Seattle, WA 98104-7075
17 | David.r.johnson@ssa.gov

18

19 | Brian C. Kipnis
Asst. U.S. Attorney
20 | Department of Justice
U.S. Attorney's Office
21 | 700 Stewart Street, Ste 5220
Seattle, WA 98101-1271
22 | brian.kipnis@usdoj.gov

23

24 | I hereby certify that I have mailed by United States Postal Service foregoing Agreed Order Re EAJA Fees and its attachments to the following non-CM/ECF participants:

25 |    NONE

AGREED ORDER RE EAJA FEES   - Page 2
[C07-5485JKA]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

1
2  DATED: April 17, 2008                    /s/ Dawn Krech
3                                           Dawn Krech, Legal Assistant
                                            MADDOX & LAFFOON, P.S.
                                            mcdkrech@comcast.net
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

AGREED ORDER RE EAJA FEES   - Page 3          MADDOX & LAFFOON, P.S.
[C07-5485JKA]                                  410-A South Capitol Way
                                               Olympia, WA. 98501
                                               (360) 786-8276